UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IKE UZOKA            :
    Plaintiff,   :
                     :
V.                   : CASE NO. 3:11CV0968 (RNC)
                     :
COMMUNITY OPTIONS, INC., :
    Defendant.   :

### ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before July 4, 2012.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before July 4, 2012.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this 4th day of June 2012.

                                         /s/ RNC
                                 Robert N. Chatigny
                      United States District Judge